IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY KING,<br><br>                Plaintiff,<br><br>   v.<br><br>JEFFERSON B. SESSIONS, III, ATTORNEY GENERAL OF THE UNITED STATES and THOMAS E. BRANDON, DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,<br><br>                Defendants. | CIVIL ACTION<br><br>NO. 17-884 |

## ORDER

**AND NOW**, this 15th day of June, 2018, upon review of Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 11) and memorandum of law in support, Plaintiff's opposition thereto, Defendants' reply, and after oral argument on said motion, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 11) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** with prejudice; and

3. The Clerk of Court is directed to close this matter.

                                      **BY THE COURT:**

                                      **/s/ Jeffrey L. Schmehl**
                                      Jeffrey L. Schmehl, J.